No. 72–5044. HUGHES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 72–5346. RENSING *v.* ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5347. WYNN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5350. DAPPER *v.* O'CONNOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5351. NEWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5352. JOHNSON *v.* MEACHAM. Sup. Ct. Wyo. Certiorari denied.

No. 72–5354. BUSTILLO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5355. MITCHELSON *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5357. PRIORE *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 72–5360. NAVALLEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5361. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5364. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5369. HARBOLT *v.* ALLDREDGE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.